**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **CARNELL C. MORRIS** | **DOCKET NO. 2:21-cv-0947**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JAMES M. LEBLANC, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion/Request for Entry of Default (doc. 30) be **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this instant civil rights complaint be **DENIED** and **DISMISSED** with prejudice, as frivolous and for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions (docs. 29, 31) be **DENIED** as MOOT.

**THUS DONE AND SIGNED** in Chambers on the 25th day of July, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**